IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:11CV021 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF FIRST FINANCIAL, ACCT#******5403, IN THE NAME OF EARL D. CLARK, IN THE AMOUNT OF $353,211.91, et al. | : : | |
| Defendants. | : | |

### ORDER LIFTING STAY

This matter is before the Court upon the United States' Motion to Lift Stay,

IT IS HEREBY ORDERED THAT:

The United States' Motion to Lift Stay is granted.

Date: _____

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE