IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:11CV021 |
| Plaintiff, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF FIRST FINANCIAL, ACCT#******5403, IN THE NAME OF EARL D. CLARK, IN THE AMOUNT OF $353,211.91, et al. | : : : | |
| Defendants. | | |

**AGREED ORDER AND DECREE OF FORFEITURE OF ALL DEFENDANTS**

In accordance with the Global Settlement Agreement entered into between Plaintiff, United States of America, and Claimants EARL D. CLARK and RACHEL CLARK, which Agreement calls for the forfeiture of the Defendant assets in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The following Defendants:

    (1) ACCOUNT CONTENTS OF FIRST FINANCIAL, ACCT#******5403, IN THE NAME OF EARL D. CLARK, IN THE AMOUNT OF $353,211.91;

    (2) ACCOUNT CONTENTS OF FIRST FINANCIAL, ACCT#******6659, IN THE NAME OF RACHEL CLARK, IN THE AMOUNT OF $33,388.14;

    (3) $20,000.00 U.S. CURRENCY;

    (4)    $1,524.00 U.S. CURRENCY;

    (5)    1957 CHEVROLET BEL AIR NOMAD, VIN# VC57A188613;

    (6)    1960 CHEVROLET CORVETTE, VIN# 00867S107865;
(previously identified as 1958 Chevrolet Corvette, VIN#00867S107865)

    (7)    1962 CHEVROLET CORVETTE, VIN# 20867S109643;

    (8)    1963 CHEVROLET CORVETTE STG.RAY, VIN# 30837S120510;

    (9)    1965 CHEVROLET CORVETTE STG.RAY, VIN# 194675S106857;

    (10)    1969 CHEVROLET CAMARO, VIN# 124379L515198;

    (11)    2003 DODGE RAM 1500 QUAD, VIN# 1D7HA18N93J610943;

    (12)    2005 CHEVROLET 3500 LT CREW CAB, VIN# 1GCHK33245F828598;

    (13)    2007 HOMESTEADER AG GOOSENECK, TRAILER, VIN# 5HAGE48307N001639; and

    (14)    2008 LEXUS ES350, VIN# JTHBJ46G782179959;

are hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(4) and (6); 18 U.S.C. §981(a)(1)(A) and (C), and 31 U.S.C. §5317(c)(2).

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

3. Any and all claims which Claimants, EARL CLARK and RACHEL CLARK, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED.

4. The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

5. The Court will retain jurisdiction to enforce the terms of this Agreement.

6. This case is terminated on the docket.

SO ORDERED:

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

CARTER M. STEWART
United States Attorney

*s/Pamela M. Stanek*
PAMELA M. STANEK (0030155)
Assistant United States Attorney

*s/W. Kelly Johnson by RNG per telephone auth.*
W. KELLY JOHNSON (0037241)
Attorney for Claimant EARL D. CLARK

*s/Earl D. Clark*
EARL D. CLARK, Claimant

*s/Rachel Clark*
RACHEL CLARK, Claimant

3